CO-386-online
10/03

# United States District Court
# For the District of Columbia

C.H. Edwards, Incorporated and United )
States of America f/u/b/o C.H. Edwards, Inc. )
            )
            )
      Plaintiff   )  Civil Action No. __08 1001__
  vs          )
            )
James G. Davis Construction )
Corporation, et al. )
            )
      Defendant  )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Plaintiff__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __C.H. Edwards, Incorporated__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

416199
BAR IDENTIFICATION NO.

Andrew N. Cook, Esq.
Print Name

Bell, Boyd & Lloyd, LLP, 1615 L St., N.W., Suite 1200
Address

Washington, DC   20036
City   State   Zip Code

202 955-6828
Phone Number

2