Stephen M. Seeger
District of Columbia Bar No. 431258
QUAGLIANO & SEEGER, P.C.
2620 P Street, NW
Washington, DC 20007
Tel. (202) 822-8838
Fax. (202) 822-6982
e-mail: sseeger@quagseeg.com
---------------------------------------------

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA f/u/b/o <br> C.H. EDWARDS, INC. *et al.* <br>       Plaintiff, <br><br> v. <br><br> JAMES G. DAVIS CONSTRUCTION <br> CORPORATION <br><br>       Defendants. | Case No. 1:08-CV-01001 <br> Judge Emmet G. Sullivan |

**CONSENT MOTION TO EXTEND TIME**
**TO ANSWER OR FILE RESPONSIVE PLEADINGS**

COMES NOW, Defendants James G. Davis Construction Corporation ("Davis"), Walsh Construction Company ("Walsh"), Walsh/Davis Joint Venture (the "Joint Venture"), Travelers Casualty and Surety Company of America ("Travelers") and Zurich American Insurance Company ("Zurich"), by and through counsel, Quagliano & Seeger, P.C., and with consent of Plaintiffs United States of America f/u/b/o/ C.H. Edwards, Inc and C.H. Edwards, Inc. ("Plaintiffs"), by undersigned counsel, respectfully requests pursuant to Fed.R.Civ.Pro. 6(b) that this Court extend Defendants' time within which to answer or file responsive pleadings until **September 5, 2008**. In support of this Motion, Defendants state as follows:

1.  Defendants only now have agreed on retaining this firm as counsel for all Defendants.

2.	Client personnel with necessary facts have been unavailable due to summer vacations. Counsel still does not have all information necessary to prepare a full and accurate answer or other responsive pleading to the Complaint.

3.	Plaintiff will not be prejudiced by the extension requested.

4.	Plaintiff consents to this request.

WHEREFORE, Defendants respectfully request that this Court extend the time within which Defendants answer or file other responsive pleadings until **September 5, 2008.**

Dated: August 25, 2008

Respectfully submitted,

QUAGLIANO & SEEGER, P.C.

*/s/ Stephen M. Seeger*

---

Stephen M. Seeger, DC Bar No. 431258
2620 P Street, NW
Washington, DC 20007
Tel.: (202) 822-8838
Fax: (202) 822-6982
E-mail: sseeger@quagseeg.com

**Attorney for Defendants James G. Davis Construction Corporation, Walsh Construction Company, Walsh/Davis Joint Venture, Travelers Casualty and Surety Company of America, and Zurich American Insurance Company**

SEEN AND AGREED:

*/s/ Andrew N. Cook*

---

Andrew N. Cook, Esq.
Bell, Boyd & Lloyd, PLLC
1615 L Street NW, Suite 1200
Washington, DC 20036
E-mail: acook@bellboyd.com

**Counsel for Plaintiffs United States of America
f/u/b/o/ C.H. Edwards, Inc and C.H. Edwards, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by electronic mail and first class mail on August 25, 2008, to:

>Andrew N. Cook, Esq.
>Bell, Boyd & Lloyd, PLLC
>1615 L Street NW, Suite 1200
>Washington, DC  20036
>e-mail: acook@bellboyd.com
>
>**Counsel for Plaintiffs United States of America**
>**f/u/b/o/ C.H. Edwards, Inc and C.H. Edwards, Inc.**

_____
Stephen M. Seeger

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA f/u/b/o<br>C.H. EDWARDS, INC.** *et al.*<br>    **Plaintiff,**<br><br>v.<br><br>**JAMES G. DAVIS CONSTRUCTION<br>CORPORATION**<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:08-CV-01001<br>)  Judge Emmet G. Sullivan<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the Motion to Enlarge Time pursuant to Fed.R.Civ.Pro. 6(b) submitted by Defendants James G. Davis Construction Corporation, Walsh Construction Company, Walsh/Davis Joint Venture, Travelers Casualty and Surety Company of America, and Zurich American Insurance Company, with consent of Plaintiffs United States of America f/u/b/o/ C.H. Edwards, Inc and C.H. Edwards, Inc., it is this _____ day of August, 2008, hereby

**ORDERED** that Defendants' shall have until **September 5, 2008**, within which to answer or file responsive pleadings.

_____
**United States District Court Judge Emmet G. Sullivan**

cc:   Stephen M. Seeger, Esq.
      Quagliano & Seeger, P.C.
      2620 P Street, NW
      Washington, DC 20007

      Andrew N. Cook, Esq.
      Bell, Boyd & Lloyd, PLLC
      1615 L Street NW, Suite 1200
      Washington, DC 20036